**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARISSA L. THEROUX<br>Plaintiff | : | CIVIL ACTION<br>NO. |
| v. | : | |
| GREGORY A. ESTRADA, Alias; and<br>MARTEN TRANSPORT, LTD.<br>Defendant | : | DATE OF FILING:<br>NOVEMBER 30, 2007 |

# NOTICE OF REMOVAL

To the Honorable Judges in the United States District Court for the District of Rhode Island; defendant Marten Transport, Ltd. by and through its attorneys Rawle & Henderson LLP, respectfully avers as follows:

1. Plaintiff, Marissa L. Theroux, commenced a civil action against defendants in the Superior Court in the County of Kent on or about November 8, 2007. A true and correct copy of the complaint is attached hereto as Exhibit "A".

2. Service of the complaint was made upon defendant Marten Transport, Ltd. on or about November 26, 2007.

3. If and when defendant Gregory A. Estrada is properly served with the complaint in this matter, the undersigned will enter their appearance and file an answer on his behalf.

4. In the complaint, plaintiff avers *inter alia*, that she sustained the following injuries as a result of the motor vehicle accident at issue herein:

> 10. As a direct and proximate consequence of the negligence of the said Defendant, the Plaintiff was severely and grievously injured, and as a further result, Plaintiff suffered, continues to suffer and will continue to suffer in the future pain of the body and mind, permanent disability and scarring, and as a result, did spend great sums of money for medical and hospital care, lost wages, and did suffer other great harm including lost wages.

See Exhibit "A" – plaintiff's complaint ¶ 10.

5. In addition, the plaintiff claims the following in his wherefore clause:

> 1. In a sum sufficient to satisfy the jurisdiction of this Superior Court;
> 2. interest;
> 3. costs of suit.

6. Based upon a fair reading of the complaint, plaintiff has set forth a claim in which an amount in excess of the jurisdictional limit of $75,000, exclusive of interests and costs, may be at stake.

7. At all times material hereto, defendant Marten Transport, Ltd. is and was a Delaware corporation with its principal place of business in Mondovi, Wisconsin.

8. At all times material hereto, defendant Gregory A. Estrada is and was a citizen, resident and domiciliary of the State of Pennsylvania and upon information and belief resides in Conneaut Lake, Pennsylvania.

9. Plaintiff, Marissa L. Theroux is and was a citizen, resident and domiciliary of the State of Rhode Island, and upon information and belief resides in the Town of West Greenwich, County of Kent, State of Rhode Island. See Exhibit "A" – plaintiff's complaint ¶ 1.

10. Diversity of citizenship within the meaning of 28 U.S.C. §1332, exist between plaintiff and defendants since:

a. Plaintiff is a citizen, resident and domiciliary of the State of Rhode Island and

b. Defendants are not citizens of the State of Rhode Island.

11. Furthermore, diversity of citizenship existed at the time the action sought to be removed was commenced and continues through the time of filing of this notice, defendants are entitled to removal pursuant to 28 U.S.C. §1441, as amended, and 28 U.S.C. §1446.

12. This notice of removal is being filed within 30 days of the date the plaintiff's complaint was filed and within 30 days of the date the plaintiff's complaint was served.

13. Venue is properly laid in this district because the action sought to be removed is pending in its district 28 U.S.C. §1446 (a).

WHEREFORE, defendant, Marten Transport, Ltd., prays that the above captioned action now pending in the Superior Court for the County of Kent be removed therefrom to this Honorable Court.

RAWLE & HENDERSON LLP

By: ______________________________

Gary N. Stewart, Esquire
Identification No.: 5018
Attorney for Defendant,
Marten Transport, Ltd.

Payne Shoemaker Building
240 N. Third Street, 9th Floor
Harrisburg, PA 17101

130 Touro Street
Newport, Rhode Island 02840
gstewart@rawle.com
(717) 234-7700
(717) 234-7710
Our File No.: 250247

Dated: 11-29-07

**CERTIFICATE OF SERVICE**

I hereby certify that on today's date, a true and correct copy of the pleading was served by first-class mail, postage prepaid, upon all attorneys of record, addressed as follows:

Mark D. Tourgee, Esquire
Inman Tourgee & Williamson
1193 Tiogue Avenue
Coventry, RI 02816

RAWLE & HENDERSON LLP

By:________________________
Gary N. Stewart

Dated: 11/29/07