STATE OF RHODE ISLAND
KENT, SC.

SUPERIOR COURT

MARISSA L. THEROUX :
:
VS. : C.A. No.:
:
GREGORY A. ESTRADA, Alias; and :
MARTEN TRANSPORT, LTD. :

## COMPLAINT

1. The Plaintiff, MARISSA L. THEROUX, is a resident of the Town of West Greenwich, County of Kent and State of Rhode Island.

2. The Defendant, GREGORY A. ESTRADA, Alias, upon information and belief, is a resident of the City of Conneault Lake and State of Pennsylvania.

3. The Defendant, GREGORY A. ESTRADA, Alias, has certain minimum contacts with the State of Rhode Island in that he has traveled on roads in the State of Rhode Island and been involved in a motor vehicle accident in said state, purposefully availed itself of the benefits and laws of the State of Rhode Island, thereby subjecting itself to litigation there.

4. The Defendant, MARTEN TRANSPORT, LTD. , upon information and belief, is a is an Oklahoma company, registered to do business in the State of Rhode Island.

5. The Defendant, MARTEN TRANSPORT, LTD., has certain minimum contacts with the State of Rhode Island in that it has, allowed a vehicle it owns to travel on roads in the State of Rhode Island , purposefully availed itself of the benefits and laws of the State of Rhode Island, thereby subjecting itself to litigation there.

**COUNT I**
**NEGLIGENT OPERATION OF A MOTOR VEHICLE AGAINST GREGORY A. ESTRADA, Alias**

6. Paragraphs 1 through 5 of Plaintiff's complaint are hereby incorporated by reference as if set forth fully at length herein.

7. On or about October 11, 2005, the Plaintiff, MARISSA L. THEROUX, was the operator of a motor vehicle, traveling in a southerly direction on Route 102, a so-called public highway in the Town of West Greenwich, County of Kent and State of Rhode Island.

8. On or about the date and place aforesaid, the Defendant, GREGORY A. ESTRADA, Alias, was the operator of a motor vehicle and did so negligently and recklessly operate said motor vehicle so as to cause it to collide with the motor vehicle being operated by the Plaintiff, MARISSA L. THEROUX.

9. The Plaintiff, MARISSA L. THEROUX, was at all times herein in the exercise of due care and caution.

10. As a direct and proximate consequence of the negligence of the said Defendant, the Plaintiff was severely and grievously injured, and as a further result, Plaintiff suffered, continues to suffer and will continue to suffer in the future pain of the body and mind, permanent disability and scarring, and as a result, did spend great sums of money for medical and hospital care, lost wages, and did suffer other great harm including lost wages.

WHEREFORE, the Plaintiff, MARISSA L. THEROUX, demands judgment against the Defendant, GREGORY A. ESTRADA, Alias, in a sum sufficient to satisfy the jurisdiction of this

Superior Court, plus interest and cost.

Plaintiff, MARISSA L. THEROUX,
By her Attorneys,

INMAN TOURGEE & WILLIAMSON

DATED: 11/8/07

Mark D. Tourgee, Esquire #3296
1193 Tiogue Avenue
Coventry, Rhode Island 02816
(401) 823-9200

THE PLAINTIFF HEREBY DEMANDS TRIAL BY JURY.

Mark D. Tourgee, Esquire #3296

**COUNT II**
**NEGLIGENT ENTRUSTMENT OF A MOTOR VEHICLE AGAINST MARTEN TRANSPORT, LTD.**

11. Paragraphs 1 through 10 of Plaintiff's complaint are hereby incorporated by reference as if set forth fully at length herein.

12. On or about October 11, 2005, the Plaintiff, MARISSA L. THEROUX, was the operator of a motor vehicle, traveling in a southerly direction on Route 102, a so-called highway, in the Town of West Greenwich, County of Kent and State of Rhode Island.

13. On or about the date and place aforesaid, the Defendant, MARTEN TRANSPORT, LTD. was the owner of a motor vehicle being operated by the Defendant, GREGORY A. ESTRADA, Alias, who did so negligently and recklessly operate said motor vehicle so as to cause it to collide with the motor vehicle being operated by the Plaintiff,



11/20/2007 17:48 LAW OFFICE → 17172347710 NO.261 P004

MARISSA L. THEROUX.

14. The Plaintiff, MARISSA L. THEROUX, was at all times herein in the exercise of due care and caution.

15. As a direct and proximate consequence of the negligence of the said Defendant, the Plaintiff was severely and grievously injured, and as a further result, Plaintiff suffered, continues to suffer and will continue to suffer in the future pain of the body and mind, permanent disability and scarring, and as a result, did spend great sums of money for medical and hospital care, lost wages, and did suffer other great harm including lost wages.

WHEREFORE, the Plaintiff, MARISSA L. THEROUX, demands judgment against the Defendant, MARTEN TRANSPORT, LTD., in a sum sufficient to satisfy the jurisdiction of this Superior Court, plus interest and cost.

Plaintiff, MARISSA L. THEROUX,
By her Attorneys,

INMAN TOURGEE & WILLIAMSON

DATED: 11/8/07.

Mark D. Tourgee, Esquire #3296
1193 Tiogue Avenue
Coventry, Rhode Island 02816
(401) 823-9200

THE PLAINTIFF HEREBY DEMANDS TRIAL BY JURY.

Mark D. Tourgee, Esquire



11/20/2007 17:48 LAW OFFICE → 17172347710 NO.261 P005