**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARISSA L. THEROUX<br>Plaintiff | : | CIVIL ACTION<br>NO. |
| v. | : | |
| GREGORY A. ESTRADA, Alias; and<br>MARTEN TRANSPORT, LTD.<br>Defendant | : | DATE OF FILING: |

**RULE 7.1 DISCLOSURE STATEMENT FOR MARTEN TRANSPORT, LTD.**

1. Identity of parent corporations. **None**

2. Identity of publicly held corporate entities that own 10% of stock.

**Marten Transport Ltd. is a publicly held corporation, but does not have any corporate parents, subsidiaries or affiliates which are publicly held.**

RAWLE & HENDERSON LLP

By: ______________________________

Gary N. Stewart, Esquire
Identification No.: 5018
Attorney for Defendant,
Marten Transport, Ltd.

Payne Shoemaker Building
240 N. Third Street, 9th Floor
Harrisburg, PA 17101

130 Touro Street
Newport, Rhode Island 02840
gstewart@rawle.com
(717) 234-7700
(717) 234-7710
Our File No.: 250247

Dated: 11-29-07

# CERTIFICATE OF SERVICE

I hereby certify that on today's date, a true and correct copy of the pleading was served by first-class mail, postage prepaid, upon all attorneys of record, addressed as follows:

Mark D. Tourgee, Esquire
Inman Tourgee & Williamson
1193 Tiogue Avenue
Coventry, RI 02816

RAWLE & HENDERSON LLP

By:________________________
Gary N. Stewart

Dated: 11-29-07