C.A. 07-435 T

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2007-1258 MARISSA L THEROUX V GREGORY A ESTRADA

Filing Date: 11-09-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY-VEHICLE
Status Date: 12-03-2007

Plaintiff: MARISSA THEROUX
ID: @10941268

Attorney: MARK TOURGEE

Defendant: GREGORY ESTRADA
ID: @10941269

Defendant: MARTEN TRANSPORT LTD
ID: @10941270

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 11-09-2007 | COMPLAINT FILED | |
| 11-09-2007 | INITIAL FILING FEE | |
| 11-09-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCK59089. |
| 12-03-2007 | NOTICE OF REMOVAL | TO US DISTRICT COURT |
| 12-03-2007 | CASE REMVD TO US DISTRICT CT | |
| 12-03-2007 | OTH DOC FILED DURING DISCOV | |
| 12-04-2007 | SUMMONS,PROOF OF SERVICE FILED | TO MARTEN TRANSPORT, LTD |

TRUE COPY ATTEST

David E. Perry

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT