UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARISSA L. THEROUX | : | |
| | : | |
| vs. | : | Case Number: 1:07-cv-00435-T-DLM |
| | : | |
| GREGORY A. ESTRADA and | : | |
| MARTEN TRANSPORT, LTD | : | |

**ENTRY OF APPEARANCE**

Now come William A. Poore, Esq. and Christopher J. O'Connor, Esq. of the firm Poore & Rosenbaum LLP and hereby enter their appearance in this matter as co-counsel for the plaintiff. We certify that we are admitted to practice in this Court.

/s/ William A. Poore
/s/ Christopher J. O'Connor
William A. Poore, Esq. (#1436)
Christopher J. O'Connor, Esq. (#5078)
Poore & Rosenbaum LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-2600 – telephone
(401) 831-2220 – facsimile

Dated: January 10, 2008

CERTIFICATION

I hereby certify that on the 10th day of January, 2008, I caused a true copy of the within to be served by regular mail, postage prepaid to the following:

Mark D. Tourgee, Esq.
Inman, Tourgee & Williamson
1193 Tiogue Avenue
Coventry, RI 02816

Gary N. Stewart, Esq.
Rawle & Henderson LLP
Payne Shoemaker Building
240 N. Third Street, 9th Floor
Harrisburg, PA 17101

Gary N. Stewart, Esq.
Rawle & Henderson LLP
130 Touro Street
Newport, RI 02840

/s/ Christopher J. O'Connor
Christopher J. O'Connor, Esq.