**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARISSA L. THEROUX<br>Plaintiff | : | CIVIL ACTION<br>NO. 1:07-CV-435 (ECT) |
| v. | : | REMOVAL FILED:<br>NOVEMBER 30, 2007 |
| GREGORY A. ESTRADA, Alias; and<br>MARTEN TRANSPORT, LTD.<br>Defendant | : | DATE OF FILING:<br>JANUARY 23, 2008 |

**OFFER OF JUDGMENT**

Defendants, Gregory A. Estrada and Marten Transport, Ltd., by and through their attorneys, Rawle & Henderson LLP, hereby offer to plaintiff, Marissa L. Theroux, to allow judgment to be taken against them for Fifty Thousand ($50,000.00) Dollars, inclusive of costs incurred to date, pursuant to Rule 68 of the Federal Rules of Civil Procedure. An acceptance of this offer must be in writing

by Notice of Acceptance within 10 days of service of this offer.

RAWLE & HENDERSON LLP

By: ______________________

Gary N. Stewart, Esquire
Identification No.: 5018
Attorney for Defendants,
Gregory A. Estrada and
Marten Transport, Ltd.

Payne Shoemaker Building
240 N. Third Street, 9th Floor
Harrisburg, PA 17101

130 Touro Street
Newport, Rhode Island 02840
gstewart@rawle.com
(717) 234-7700
(717) 234-7710
Our File No.: 250247

Dated: 5/30/08

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within-captioned document was filed electronically with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case and was also served by first-class mail, postage prepaid, upon all attorneys of record, addressed as follows:

Mark D. Tourgee, Esquire
Inman Tourgee & Williamson
1193 Tiogue Avenue
Coventry, RI 02816

RAWLE & HENDERSON LLP

By: ______________________
Gary N. Stewart

Dated: 5/30/08