**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARISSA L. THEROUX<br>Plaintiff | : | CIVIL ACTION<br>NO. 1:07-CV-435 (ECT) |
| v. | : | REMOVAL FILED:<br>NOVEMBER 30, 2007 |
| GREGORY A. ESTRADA, Alias; and<br>MARTEN TRANSPORT, LTD.<br>Defendant | : | DATE OF FILING:<br>JUNE 30, 2008 |

**ASSENTED TO MOTION TO EXTEND DISCOVERY DEADLINE**

AND NOW, come defendants, Gregory A. Estrada and Marten Transport, LTD., by and through their attorneys, Rawle & Henderson LLP, and file the within Assented To Motion to Extend the Discovery Deadline, and pursuant to Fed.R.Civ.P. 6(b) and Local Rule 7(b), hereby respectfully moves this Honorable Court for an Order extending the deadline provided in the Scheduling Order and in support thereof aver as follows:

1. This action arises from a motor vehicle accident that occurred on Route 102, southbound in the County of Kent, State of Rhode Island.

2. By scheduling Order dated January 24, 2008 this Honorable Court ordered the parties to Civil Action No. 1:07-cv-435 to have discovery completed by June 30, 2008.

3. The parties have worked diligently and cooperatively in an attempt to complete discovery.

4. Counsel representing plaintiff concurs with the relief requested herein.

5. In light of the difficulties in completing discovery prior to the scheduled deadlines, defendants Gregory A. Estrada and Marten Transport, LTD., with the consent of the plaintiff, respectfully request a twenty-one (21) day extension of discovery deadline in this matter or until July 21, 2008.

6. No other discovery extensions have been requested.

7. The parties do not believe that an extension will effect the trial date of this matter.

WHEREFORE, defendants Gregory A. Estrada and Marten Transport, LTD. with the assent of all parties, respectfully request that this Honorable Court enter an Order in the form attached hereto extending the discovery deadlines in this action.

Respectfully submitted,

RAWLE & HENDERSON LLP

By: ______________________________

Gary N. Stewart, Esquire
Identification No.: 5018
Attorney for Defendants,
Gregory A. Estrada and
Marten Transport, Ltd.

Payne Shoemaker Building
240 N. Third Street, 9th Floor
Harrisburg, PA 17101

130 Touro Street
Newport, Rhode Island 02840
gstewart@rawle.com
(717) 234-7700
(717) 234-7710
Our File No.: 250247

Dated: 6/30/08

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within-captioned document was filed electronically with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Mark D. Tourgee, Esquire
Inman Tourgee & Williamson
1193 Tiogue Avenue
Coventry, RI 02816
Attorney for plaintiff

Christopher J. O'Conner, Esq.
Poore & Rosenbaum, LLP
30 Exchange Terrace
Providence, RI 02903
Co-counsel for plaintiff

RAWLE & HENDERSON LLP

By: ______________________________
Gary N. Stewart, Esquire
Attorney for Defendants,
Gregory A. Estrada and
Marten Transport, Ltd.

Dated: 6/30/08