# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARISSA L. THEROUX<br>Plaintiff | : | CIVIL ACTION<br>NO. 1:07-CV-435 (ECT) |
| v. | : | REMOVAL FILED:<br>NOVEMBER 30, 2007 |
| GREGORY A. ESTRADA, Alias; and<br>MARTEN TRANSPORT, LTD.<br>Defendant | : | DATE OF FILING:<br>JUNE 30, 2008 |

## CERTIFICATE OF CONCURRENCE

Pursuant to Local Rule 7.1, counsel for defendants has concurrence for the Assented To Motion to Extend Discovery Deadline from plaintiffs. Said

concurrence was provided.

Respectfully submitted,

RAWLE & HENDERSON LLP

By: ______________________

Gary N. Stewart, Esquire
Identification No.: 5018
Attorney for Defendants,
Gregory A. Estrada and
Marten Transport, Ltd.

Payne Shoemaker Building
240 N. Third Street, 9th Floor
Harrisburg, PA 17101

130 Touro Street
Newport, Rhode Island 02840
gstewart@rawle.com
(717) 234-7700
(717) 234-7710
Our File No.: 250247

Dated: 6/30/08

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within-captioned document was filed electronically with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Mark D. Tourgee, Esquire
Inman Tourgee & Williamson
1193 Tiogue Avenue
Coventry, RI 02816
Attorney for plaintiff

Christopher J. O'Conner, Esq.
Poore & Rosenbaum, LLP
30 Exchange Terrace
Providence, RI 02903
Co-counsel for plaintiff

RAWLE & HENDERSON LLP

By: ______________________
Gary N. Stewart, Esquire
Attorney for Defendants,
Gregory A. Estrada and
Marten Transport, Ltd.

Dated: 6/30/08