**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARISSA L. THEROUX<br>Plaintiff | : | CIVIL ACTION<br>NO. 1:07-CV-435 (ECT) |
| v. | : | REMOVAL FILED:<br>NOVEMBER 30, 2007 |
| GREGORY A. ESTRADA, Alias; and<br>MARTEN TRANSPORT, LTD.<br>Defendant | : | DATE OF FILING:<br>JUNE 30, 2008 |

**ORDER**

AND NOW THIS ________ day of ______________________________, 2008, it is hereby ORDERED AND DECREED that this Motion to Extend Discovery Deadline is hereby granted and shall be extended until July 21, 2008.

______________________________
J.