## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

MARISSA L. THEROUX,
Plaintiff

    vs.                                                  C.A. NO. 07-435T

GREGORY A. ESTRADA, and
MARTEN TRANSPORT LTD.,
Defendants

### JUDGMENT

[ X ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[  ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Pursuant to the December 5th, 2008 Jury Verdict rendered in the above-referenced matter, judgment hereby enters for Plaintiff Marissa L. Theroux and against Defendants Gregory A. Estrada and Marten Transport Ltd. in the amount of $200,000.00 plus pre-judgment interest at a per annum rate of 12% in the amount of $75,612.50 for a total judgment equaling $275,612.50.

                                                            Enter:

                                                             /s/ Ryan H. Jackson

                                                             Deputy Clerk

Dated: December 9th, 2008